UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| SCOTT BODNAR, | : | docket no. 3:17-cr-157 |
| *Defendant.* | : | |
| | : | |
| | : | |
| | : | October 15, 2020 |

## SECOND SUPPLEMENTAL MEMORANDUM

The defendant Scott Bodnar has requested that we file a supplemental memorandum in which we point out that although the number of inmates infected with the corona virus at the Lewisburg facility had at one point dropped to zero, the number has risen since the filing of our last memorandum, and the Bureau of Prisons report for this date indicates that four inmates are infected. *See* https://www.bop.gov/coronavirus/

Respectfully submitted,

s/s

JEREMIAH DONOVAN
123 Elm Street--Unit 400
P.O. Box 554
Old Saybrook, CT 06475
(860) 388-3750
FAX 388-3181
Juris no. 305346
Fed.bar.no. CT 03536
jeremiah_donovan@sbcglobal.net